IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, | * |
| Plaintiff, | * |
| vs. | *    No. 4:06cv00748 SWW |
| NATHANIEL SAINE and MABEL SAINE, | * |
| Defendants. | * |

## ORDER

Before the Court is plaintiff Capitol Indemnity Corporation's motion [doc.#24] to compel defendants Nathaniel and Mabel Saine's Fed.R.Civ.P. 26(a) disclosures, which were due by January 19, 2007. Defendants have not responded to plaintiff's motion to compel and the time for doing so has passed. Accordingly, the Court hereby grants plaintiff's motion to compel and orders defendants to make their Fed.R.Civ.P. 26(a) disclosures on or before June 11, 2007. Failure to comply with this Order may result in sanctions pursuant to Fed.R.Civ.P. 37.

IT IS SO ORDERED this 30th day of May 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE